JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LINDA CLARK,<br><br>      Plaintiff(s),<br><br>v<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendant(s) | CASE NO. SA CV 14-1143-DOC (MANx)<br><br>**ORDER DISMISSING CIVIL CASE** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon good cause shown by **January 23, 2015**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: December 18, 2014